UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK KUFFUOR,

                Plaintiff,

       – *against* –

LONG ISLAND RAILROAD COMPANY,

                Defendant.

**ORDER**

20 Civ. 937 (ER)

Ramos, D.J.:

      On February 4, 2020, Plaintiff filed the instant suit. Doc. 1. Defendant filed an answer or March 3, 2020. Doc. 7. Since then, there has been no activity in this matter. Accordingly, the parties are directed to submit a status report by April 29, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

      SO ORDERED.

Dated:  April 15, 2021
           New York, New York

                                            Edgardo Ramos, U.S.D.J.